[Submitting Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-02913-WHO<br><br>Honorable William H. Orrick |
| **This Document Relates to:**<br>John Scott Emidy<br>Case No. 3:19-cv-06905-WHO | NOTICE OF DISMISSAL |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, by and through counsel, hereby gives notice that the above-captioned action is dismissed with prejudice against the following Defendants in this action:

- JUUL LABS, INC., previously d/b/a PAX LABS, INC. and PLOOM INC.;
- ALTRIA GROUP, INC.;
- PHILIP MORRIS USA, INC.;
- ALTRIA CLIENT SERVICES LLC;
- ALTRIA GROUP DISTRIBUTION COMPANY;
- ALTRIA ENTERPRISES LLC.

**THE MANAGEMENT DEFENDANTS**

- JAMES MONSEES;
- ADAM BOWEN;
- NICHOLAS PRITZKER;

- HOYOUNG HUH;
- RIAZ VALANI.

**THE E-LIQUID MANUFACTURING DEFENDANTS**

- MOTHER MURPHY'S LABS, INC.;
- ALTERNATIVE INGREDIENTS, INC.;
- TOBACCO TECHNOLOGY, INC.;
- eLIQUITECH, INC.

This dismissal constitutes the full and final dismissal of this action.

Dated: November 14, 2024

    Respectfully submitted,

    **FLEMING, NOLEN & JEZ, LLP**

    /s/ Rand P. Nolen
    Rand P. Nolen (admitted *pro hac vice*)
    ATTORNEY-IN-CHARGE
    2800 Post Oak Boulevard, Suite 6000
    Houston, Texas 77056
    Telephone:  (713) 621-7944
    Facsimile:  (713) 621-9638
    rand_nolen@fleming-law.com

    R. Keith Morgan (admitted *pro hac vice*)
    Lalor Aby & Morgan, PLLC
    230 Trace Colony Park Drive, Suite 4
    Ridgeland, MS  39157
    Telephone: (601) 898-2000
    Facsimile: (601) 326-9743
    kmorgan@lamattys.com

    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

          /s/ Rand P. Nolen
          Rand P. Nolen